OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs, for the reasons stated in the memorandum of that court (121 AD2d 908). Moreover, we hold that the filing of a Rent Stabilization Code § 54 (D) application does not preserve a landlord’s right to refuse a renewal of a lease on nonprimary residence grounds, pursuant to section 54 (E) where no notice of such intent has been timely given
 
 (see, Golub v Frank,
 
 65 NY2d 900;
 
 compare, Crow v 83rd St. Assoc.,
 
 68 NY2d 796 [Omnibus Housing Act (L 1983, ch 403) did not implicitly repeal the
 
 Golub
 
 notice requirement of Rent Stabilization Code § 60]).
 

 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander, Titone and Hancock, Jr., concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.